**Order entered March 13, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-19-01313-CR

## DARVIS LAKEITH ALLEN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. MB19-44881-B**

## ORDER

Before the Court is appellant's March 5, 2020 second motion for an extension of time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** appellant's brief filed on or before April 6, 2020. If appellant's brief is not filed by April 6, 2020, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/    BILL PEDERSEN, III
        JUSTICE